# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: BRIAN K. HARRIS § Case No. 11-84029
      KIMBERLY L. HARRIS § 
                                    §
           Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

   1) The case was filed on 09/15/2011.

   2) The plan was confirmed on 06/05/2012.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

   4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/06/2012.

   5) The case was dismissed on 10/05/2012.

   6) Number of months from filing or conversion to last payment: 8.

   7) Number of months case was pending: 14.

   8) Total value of assets abandoned by court order: NA.

   9) Total value of assets exempted: $10,350.00.

  10) Amount of unsecured claims discharged without full payment: $0.00.

  11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,850.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 2,850.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,250.39 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 159.61 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,410.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,250.39 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 3,620.00 | 5,275.00 | 3,620.00 | 301.81 | 138.19 |
| CREDIT ACCEPTANCE | Uns | 4,787.00 | 2,916.26 | 4,571.26 | 0.00 | 0.00 |
| AAMS LLC | Uns | 485.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 488.00 | 488.74 | 488.74 | 0.00 | 0.00 |
| AURORA MEDICAL GROUP | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 367.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 1,376.00 | 396.87 | 396.87 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 204.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| FRANKS GERKIN MCKENNA PC | Uns | 1,430.00 | 1,784.67 | 1,784.67 | 0.00 | 0.00 |
| HARVARD VETERINARY CLINIC | Uns | 379.00 | NA | NA | 0.00 | 0.00 |
| HUSHAWK GROUP LTD | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| INSTA - CREDIT AUTO MART INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 11-84029    Doc 41    Filed 11/21/12    Entered 11/21/12 14:31:38    Desc Main
                                Document      Page 3 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| IQ TELECOM | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| LOU FUSZ MOTOR CO | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| MANHATTAN PROCESSING LLC | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MDC ENVIRONMENTAL SERVICES | Uns | 271.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 6,097.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 138.00 | 231.30 | 231.30 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 94.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 3,538.00 | 342.19 | 342.19 | 0.00 | 0.00 |
| PARIRIE APTS OF HARVARD | Uns | 966.00 | 979.07 | 979.07 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 9,992.00 | 10,173.92 | 10,173.92 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,381.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM INC | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM INC | Uns | 77.00 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 686.00 | 39.62 | 39.62 | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 398.00 | 398.67 | 398.67 | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| MARC HATHAWAY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 294.55 | 294.55 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 63.33 | 63.33 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 133.80 | 133.80 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Uns | 0.00 | 10,511.81 | 10,511.81 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 262.24 | 262.24 | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC ASSIGNEE | Uns | 0.00 | 475.66 | 475.66 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC ASSIGNEE | Uns | 0.00 | 567.69 | 567.69 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 0.00 | 116.53 | 116.53 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 3,822.01 | 3,822.01 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,620.00 | $ 301.81 | $ 138.19 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 3,620.00 | $ 301.81 | $ 138.19 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 35,653.93 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 2,410.00 |
| Disbursements to Creditors | $ 440.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,850.00 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  11/20/2012            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)